IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAVE CONSULTING GROUP, LLC, | No. C 09-4924 CW |
| Plaintiff, | CONDITIONAL ORDER OF DISMISSAL |
| v. | |
| AETNA LIFE INSURANE CO., | |
| Defendant. | |

The Court, having been advised that Plaintiff intends voluntarily to dismiss its claims, hereby orders that this cause be dismissed. However, if, within 42 days of the date of this order, Plaintiff notifies the Court that it no longer intends to dismiss its claims, this order shall stand vacated and this cause shall forthwith be restored to the Court's calendar.

IT IS SO ORDERED.

Dated: December 1, 2015

CLAUDIA WILKEN
United States District Judge